COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



IN RE: § No. 08-18-00201-CR

ERIC DEE MILDON, § AN ORIGINAL PROCEEDING

Relator. § IN MANDAMUS

§

§

## MEMORANDUM OPINION

Eric Dee Mildon has filed a petition for writ of mandamus against the Honorable Yahara Gutierrez, Judge of the 65th District Court of El Paso County, Texas. He asks that we order Respondent to amend the judgment in cause number 68638, styled *The State of Texas v. Erik Mildon*, to remove any requirement that Relator report as a sex offender. The petition for writ of mandamus is denied.

To be entitled to mandamus relief, the relator must make two showings: (1) that he has no adequate remedy at law; and (2) that what he seeks to compel is a ministerial act. *In re State ex rel. Weeks*, 391 S.W.3d 117, 122 (Tex.Crim.App. 2013); *see In re State of Texas*, 162 S.W.3d 672, 675 (Tex.App.--El Paso 2005, orig. proceeding). The ministerial act requirement is satisfied if the relator can show a clear right to the relief sought. *Weeks*, 391 S.W.3d at 122. A clear right to relief is shown when the facts and circumstances dictate but one rational decision "under unequivocal, well-settled (i.e., from extant statutory, constitutional, or case law sources), and clearly controlling legal principles." *Id*., *quoting Bowen v. Carnes*, 343 S.W.3d 805, 810

(Tex.Crim.App. 2011).

After reviewing the mandamus petition and attached evidence, we conclude that Relator has failed to show he is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is denied.

GINA M. PALAFOX, Justice

November 28, 2018

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)